**EXHIBIT 2:** INFRINGEMENT

URL: https://blog.adafruit.com/2022/07/20/some-surprising-good-news-bookstores-are-booming-and-becoming-more-diverse/

